IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **LILLIAN C. ADAMS,** | ) | **CASE NO.: 13-31926** |
| | ) | |
| **Debtor.** | ) | **CHAPTER 13 CASE** |

## MOTION TO DETERMINE ALLOWANCE OF POST PETITION MORTGAGE FEES

COMES NOW, the Debtor, by and through the undersigned attorney, and moves this Honorable Court to determine whether a post-petition attorney fee is an allowed charge pursuant to the underlying agreement and applicable non bankruptcy law. As grounds for this motion the Debtor states as follows:

1. The Debtor filed for Chapter 13 bankruptcy relief on July 26, 2013.

2. In accordance with the requirements of Chapter 13, the Debtor also proposed a Chapter 13 repayment Plan.

3. The Debtor's Chapter 13 Plan proposed to pay Regions Mortgage direct on her home mortgage.

4. The Chapter 13 Plan was confirmed on November 4, 2013.

5. Regions Mortgage has not filed a Motion for Relief from Stay.

6. On March 7, 2-14, Regions Mortgage filed a "Notice of Post-Petition Mortgage Fees, Expenses, and Charges".

7. In itemizing its Post-petition Fees, Expenses, and Charges, line item number five discloses Bankruptcy/Proof of Claim fees in the amount of $700.00 which was incurred on September 9, 2013 and November 6, 2013.

8. The basis for the fee is not disclosed.

9. If the fee contemplates a charge of $700.00 for filing the mortgage Proof of Claim, the Debtor asserts that $700.00 is unreasonable.

10. If the fee is the mortgage creditor's charge for filing a Notice of Post-petition Fees, Expenses and Charges, or a Notice of Mortgage Payment Change, the Debtor submits that such charge is in the nature of a penalty and is not authorized by the underlying agreement or applicable non-bankruptcy law.

1

WHEREFORE, the Debtor moves this Honorable Court to determine that the Bankruptcy/Proof of Claim Fees are not required or allowed by the underlying loan agreement and applicable non bankruptcy law to cure a default or maintain payments in accordance with 11 U.S.C. § 1322 (b)(5), and for all other relief that is just.

Respectfully submitted this 8th day of May, 2014.

BROCK & STOUT

/s/ Jennifer R. Stanley
Jennifer R. Stanley {STA096}
Attorney for Debtor
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
brockstout@enter.twcbc.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the following, by first class U.S. Mail, postage prepaid, or 8th day of May, 2014.

Teresa R. Jacobs
Bankruptcy Administrator
ba@almb.uscourts.gov

Curtis C. Reding
Chapter 13 Trustee
Trustees_ofc@ch13mdal.com

Regions Mortgage
c/o Enslen Crowe
2311 Highland Ave South
Birmingham, AL 35205
Bankruptcy@sirote.com

/s/ Jennifer R. Stanley
Jennifer R. Stanley {STA096}
Attorney for Debtor